# Exhibit 8

*Exhibit 8*

*Claim Chart for U.S. Patent No. 9,574,047*

| Claim 1 elements | 42SL |
|---|---|
| [1.0] A heat-shrinkable polyester film having a heat shrinkage initiation temperature of 60° C. or lower, a glass transition temperature (Tg) of 77° C. or lower and a heat shrinkage rate of 2% or more at 60° C., | The 42SL film is a heat-shrinkable polyester film.<br><br>**Description:**<br>42SL-0180 is a *high shrink/low stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish.<br><br>**Characteristics of PET Shrink Film:**<br>∗ *Exclusive resin technology offering two side anti-static and two side print*<br>∗ Excellent printability<br>∗ High gloss and low haze<br>∗ Smooth shrinking curve with stable shrinkage<br>∗ Suitable for wide variety of shapes<br>∗ Reduced "smiling" on both ends of bottles<br>∗ Seaming works well with Flexcraft 12-103AT<br><br>**General Information**<br>Applications:<br>Shrink Label • Bundling • Tamper Evident<br>Suitable for Hot Air, Steam Tunnels<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SL-2020.pdf<br><br>| Property | | Units | Typical Values | Test Method |<br>|---|---|---|---|---|<br>| Thickness | | µm gauge | 45<br>180 | ASTM D 1400 |<br>| Yield | | in²/lb | 11,853 | |<br>| Friction COF | uK | | < 0.41<br>< 0.35 | ASTM D 1894 |<br>| Tensile Strength | MD<br>TD | psi | 9,000<br>40,000 | ASTM D 882 |<br>| Heat Shrinkage(95°C) | MD<br>TD | % | < 0.5<br>> 74.0 | 10 sec at 95°C Water |<br>| Haze | | % | 4.0 | ASTM D 1003 |<br>| Specific Gravity | | | 1.32 | |<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SL-2020.pdf |

| Claim 1 elements | 42SL |
|---|---|
|  | Upon information and belief, the 42SL film has a heat shrinkage initiation temperature of 60° C. or lower, a glass transition temperature (Tg) of 77° or lower and a heat shrinkage rate of 2 % or more at 60° C. |
| [1.1] wherein the film is prepared by random-copolymerization of one kind of a dibasic acid component with three kinds of diol components; | Polyethylene terephthalate is copolymerized with other diols or diacids.<br><br>Upon information and belief, the 42SL film is prepared by random-copolymerization of one kind of dibasic acid component with 3 kinds of diol components. |
| [1.2] wherein the dibasic acid component (A1) of one of terephthalic acid and dimethyl terephthalate; and | Polyethylene terephthalate is produced from ethylene glycol and dimethyl terephthalate or terephthalic acid.<br><br>Upon information and belief, the 42SL film is prepared using the diabasic acid component (A1) of one of terephthalic acid and dimethyl terephthalate. |
| [1.3] wherein the diol components are (B1) ethylene glycol, (B2) one of neopentyl glycol and cyclohexanedimethanol, and (B3) a linear diol component having three or more carbon atoms at a main chain thereof. | Polyethylene terephthalate is produced from ethylene glycol and dimethyl terephthalate or terephthalic acid.<br><br>Upon information and belief, the 42SL film is prepared using the diol components of (B1) ethylene glycol, (B2) neopentyl glycol, and (B3) a linear diol component having three or more carbon atoms at a main chain thereof. |