# Exhibit 9

*Exhibit 9*

*Claim Chart for U.S. Patent No. 8,632,865*

| Claim 1 elements | 42SH |
|---|---|
| [1.0] A heat-shrinkable polyester film having a heat shrinkage change per degree Celsius (%/°C.) along the main shrinkage direction of 1.5 to 3.0 in the range of 60° C. to 70° C., | The 42SH film is a heat-shrinkable polyester film.<br><br>**Description:**<br>42SH-0180 is a *high shrink/high stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish.<br><br>**Characteristics of PET Shrink Film:**<br>∗ *Exclusive resin technology offering two side anti-static and two side print*<br>∗ Excellent printability<br>∗ High gloss and low haze<br>∗ Smooth shrinking curve with stable shrinkage<br>∗ Suitable for wide variety of shapes<br>∗ Reduced "smiling" on both ends of bottles<br>∗ Seaming works well with Flexcraft 12-103AT<br><br>**General Information**<br>Applications:<br>    Shrink Label • Bundling • Tamper Evident<br>    Suitable for Hot Air, Steam Tunnels<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |

| Property | | Units | Typical Values | Test Method |
|---|---|---|---|---|
| Thickness | | µm<br>gauge | 45<br>180 | ASTM D 1400 |
| Yield | | in²/lb | 11,853 | |
| Friction COF | uK | | < 0.41<br>< 0.35 | ASTM D 1894 |
| Tensile Strength | MD<br>TD | psi | 9,000<br>40,000 | ASTM D 882 |
| Heat Shrinkage(95°C) | MD<br>TD | % | < 1.2<br>> 77.0 | 10 sec at 95°C<br>Water |
| Haze | | % | 3.0 | ASTM D 1003 |
| Specific Gravity | | | 1.32 | |

https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf

| Claim 1 elements | 42SH |
|---|---|
|  | <br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>Upon information and belief, the 42SH film has a heat shrinkage change per degree Celsius (%/°C.) along the main shrinkage direction of 1.5 to 3.0 in the range of 60° C. to 70° C. |
| [1.1] 2.5 to 3.5 in the range of 70° C. to 80° C., | Upon information and belief, the 42SH film has a heat shrinkage rate per degree Celsius (%/°C.) along the main shrinkage direction of 2.5 to 3.5 in the range of 70° C. to 80° C. |

| Property | | Units | Typical Values | Test Method |
|---|---|---|---|---|
| Thickness | | μm gauge | 45 180 | ASTM D 1400 |
| Yield | | in²/lb | 11,853 | |
| Friction COF | uK | | < 0.41 < 0.35 | ASTM D 1894 |
| Tensile Strength | MD TD | psi | 9,000 40,000 | ASTM D 882 |
| Heat Shrinkage(95°C) | MD TD | % | < 1.2 > 77.0 | 10 sec at 95°C Water |
| Haze | | % | 3.0 | ASTM D 1003 |
| Specific Gravity | | | 1.32 | |

https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf

| Claim 1 elements | 42SH |
|---|---|
| |   https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |
| [1.2] 1.0 to 2.0 in the range of 80° C. to 90° C., | Upon information and belief, the 42SH film has a heat shrinkage rate per degree Celsius (%/°C.) along the main shrinkage direction of 1.0 to 2.0 in the range of 80° C. to 90° C. |

| Property | | Units | Typical Values | Test Method |
|---|---|---|---|---|
| Thickness | | µm gauge | 45 180 | ASTM D 1400 |
| Yield | | in²/lb | 11,853 | |
| Friction COF | uK | | < 0.41 < 0.35 | ASTM D 1894 |
| Tensile Strength | MD TD | psi | 9,000 40,000 | ASTM D 882 |
| Heat Shrinkage(95°C) | MD TD | % | < 1.2 > 77.0 | 10 sec at 95°C Water |
| Haze | | % | 3.0 | ASTM D 1003 |
| Specific Gravity | | | 1.32 | |

https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf

| Claim 1 elements | 42SH |
|---|---|
| |  https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |
| [1.3] 0.1 to 1.0 in the range of 90° C. to 100° C., | Upon information and belief, the 42SH film has a heat shrinkage rate per degree Celsius (%/°C.) along the main shrinkage direction of 0.1 to 1.0 in the range of 90° C. to 100° C. |

| Property | | Units | Typical Values | Test Method |
|---|---|---|---|---|
| Thickness | | μm gauge | 45 180 | ASTM D 1400 |
| Yield | | in²/lb | 11,853 | |
| Friction COF | uK | | < 0.41 < 0.35 | ASTM D 1894 |
| Tensile Strength | MD TD | psi | 9,000 40,000 | ASTM D 882 |
| Heat Shrinkage(95°C) | MD TD | % | < 1.2 > 77.0 | 10 sec at 95°C Water |
| Haze | | % | 3.0 | ASTM D 1003 |
| Specific Gravity | | | 1.32 | |

https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf

| Claim 1 elements | 42SH |
|---|---|
| | https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |
| [1.4] wherein the heat-shrinkable polyester film is prepared by using a copolyester composition comprising: (i) a dibasic acid component comprising at least 90 mol % of terephthalic acid residue based on 100 mol % of the dibasic acid component; and | Polyester is formed through the reaction of dibasic acid and diol monomers. Polyethylene terephthalate items are derived from terephthalic acid (or dimethyl terephthalate) and mono ethylene glycol, wherein the sum of terephthalic acid (or dimethyl terephthalate) and mono ethylene glycol reacted constitutes at least 90 percent of the mass of monomer reacted to form the polymer.<br><br>Upon information and belief, the 42SH film is prepared by using a copolyester composition comprising: (i) a dibasic acid component comprising at least 90 mol % of terephthalic acid residue based on 100 mol % of the dibasic acid component. |
| [1.5] (ii) a diol component comprising (a) 1 to 20 mol % of diethylene glycol, (b) 5 to 30 mol % of neopentyl glycol, and (c) 50 to 90 mol % of ethylene glycol, based on 100 mol % of the diol component. | Upon information and belief, the 42SH film is prepared by using a copolyester composition comprising: (ii) a diol component comprising (a) 1 to 20 mol % of diethylene glycol, (b) 5 to 30 mol % of neopentyl glycol, and (c) 50 to 90 mol % of ethylene glycol, based on 100 mol % of the diol component. |