# Exhibit 10

*Exhibit 10*

*Claim Chart for U.S. Patent No. 11,008,435*

| Claim 1 elements | 42SH |
| --- | --- |
| [1.0] A plastic container, comprising: | Upon information and belief, Defendants actively encourage, aid, and instruct their customers to manufacture plastic containers. |
| [1.1] a polyester container; and | Polyethylene terephthalate is the most common thermoplastic polymer resin of the polyester family and is used in fibers for clothing, containers for liquids and foods, and thermoforming for manufacturing, and in combination with glass fiber for engineering resins. Plastic bottles made from PET are widely used.<br><br>Upon information and belief, Defendants actively encourage, aid, and instruct their customers to manufacture polyester containers. |
| [1.2] a heat shrinkable film, which is provided at the polyester container, wherein the heat shrinkable film is shrunk by steam or hot air to wrap the outer surface of the polyester container, | The 42SH film is a heat shrinkable film.<br><br>**Description:**<br>42SH-0180 is a *high shrink/high stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish.<br><br>**Characteristics of PET Shrink Film:**<br>* *Exclusive resin technology offering two side anti-static and two side print*<br>* Excellent printability<br>* High gloss and low haze<br>* Smooth shrinking curve with stable shrinkage<br>* Suitable for wide variety of shapes<br>* Reduced "smiling" on both ends of bottles<br>* Seaming works well with Flexcraft 12-103AT<br><br>**General Information**<br>Applications:<br>　Shrink Label • Bundling • Tamper Evident<br>　Suitable for Hot Air, Steam Tunnels<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |

| Claim 1 elements | 42SH |
|---|---|
| | | Property | Units | Typical Values | Test Method |
|---|---|---|---|
| Thickness | µm gauge | 45 180 | ASTM D 1400 |
| Yield | in²/lb | 11,853 | |
| Friction COF | uK | < 0.41 < 0.35 | ASTM D 1894 |
| Tensile Strength MD / TD | psi | 9,000 40,000 | ASTM D 882 |
| Heat Shrinkage(95°C) MD / TD | % | < 1.2 > 77.0 | 10 sec at 95°C Water |
| Haze | % | 3.0 | ASTM D 1003 |
| Specific Gravity | | 1.32 | | <br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>Upon information and belief, Defendants actively encourage, aid, and instruct their customers to shrink the 42SH film by steam or hot air to wrap the outer surface of the polyester container. |
| [1.3] wherein the heat shrinkable film comprises a copolymerized polyester resin comprising a diol component and a dicarboxylic acid component and | Polyester is formed from the polymerization of diol and dicarboxylic acid monomers.<br><br>Upon information and belief, the 42SH film is a heat shrinkable film comprising a copolymerized polyester resin comprising a diol component and a dicarboxylic acid component. |
| [1.4] has a heat shrinkage rate of 30% or more in the main shrinkage direction upon thermal treatment at a temperature of 80° C. for 10 seconds and | The 42SH film has a heat shrinkage rate of 30% or more upon thermal treatment at a temperature of 80° C. for 10 seconds.<br><br>[Graph: Shrinkage % vs Temperature from 55°C to 99°C, showing TD and MD curves. TD rises sharply between 65°C and 85°C to ~75%, MD remains near 0%.]<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |

| Claim 1 elements | 42SH |
|---|---|
| [1.5] a melting point of 190° C. or higher as measured by differential scanning calorimetry | Upon information and belief, the 42SH film has a melting point of 190° C. or higher as measured by differential scanning calorimetry. |
| [1.6] wherein when a plurality of flakes are thermally treated at a temperature of 200° C. to 220° C. for 60 minutes to 120 minutes, the clumping fraction is 5% or less, wherein the flakes comprise first flakes obtained by crushing the container and second flakes obtained by crushing the heat shrinkable film. | The 42SH film is advertised as APR certified. <br><br> EnviroCycle <br> APR  The Association of Plastic Recyclers <br><br> https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf <br><br> APR certification requires 1% or less clumping. <br><br> **Test Assessment** <br><br> The expected result for clean PET flake is that 100% of the PET flake will pass through the 12 mm screen. <br><br> APR Guidance is that a result creating 1.0%, or less, weight loss combined from clumps that do not pass the 12.5 mm screen and loss adhered to the aluminum foil after the evaluation is preferred. <br><br> Weight loss from clumping greater than 1% leads to a result that is categorized as detrimental. <br><br> https://plasticsrecycling.org/images/Design-Guidance-Tests/APR-PET-S-08-flake-clump-screening.pdf <br><br> Upon information and belief, when a plurality of flakes a thermally treated at a temperature of 200° C. for 60 minutes to 120 minutes, the clumping fraction of the 42SH film is 5% or less, wherein the flakes comprise first flakes obtained by crushing the container and second flakes obtained by crushing the 42SH film. |