# Exhibit 11

*Exhibit 11*

*Claim Chart for U.S. Patent No. 11,155,691*

| Claim 1 elements | 42SH |
|---|---|
| [1.0] A process for regenerating a polyester container, which comprises: | The 42SH film is advertised as inherently "recycle friendly:"<br><br>**TYPICAL PROPERTIES OF 42SH POLYESTER SHRINK SLEEVE FILMS**<br><br>42SH Shrink Polyester has been validated by an independent laboratory to be compositionally identical to PET bottle resin, and inherently "Recycle Friendly"<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>Upon information and belief, Defendants actively encourage, aid, and instruct their customers to utilize a process for regenerating a polyester container. |
| [1.1] providing the polyester container and a heat-shrunken polyester film that wraps at least part of the polyester container; | The 42SH film is a heat-shrunken polyester film.<br><br>**Description:**<br>42SH-0180 is a *high shrink/high stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish.<br><br>**Characteristics of PET Shrink Film:**<br>* *Exclusive resin technology offering two side anti-static and two side print*<br>* Excellent printability<br>* High gloss and low haze<br>* Smooth shrinking curve with stable shrinkage<br>* Suitable for wide variety of shapes<br>* Reduced "smiling" on both ends of bottles<br>* Seaming works well with Flexcraft 12-103AT<br><br>**General Information**<br>Applications:<br>    Shrink Label • Bundling • Tamper Evident<br>    Suitable for Hot Air, Steam Tunnels<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>Upon information and belief, Defendants actively encourage, aid, and instruct their customers to provide the polyester container and the 42SH film that wraps at least part of the polyester container |

| Claim 1 elements | 42SH |
|---|---|
| | **TYPICAL PROPERTIES OF 42SH POLYESTER SHRINK SLEEVE FILMS** (Multi-Plastics Inc. / EnviroCycle / APR The Association of Plastic Recyclers) 42SH Shrink Polyester has been validated by an independent laboratory to be compositionally identical to PET bottle resin, and inherently "Recycle Friendly" https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |
| [1.2] crushing the polyester container and the heat-shrunken polyester film to obtain flakes; and | The 42SH film is a heat-shrunken polyester film. **Description:** 42SH-0180 is a *high shrink/high stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish. **Characteristics of PET Shrink Film:** * *Exclusive resin technology offering two side anti-static and two side print* * Excellent printability * High gloss and low haze * Smooth shrinking curve with stable shrinkage * Suitable for wide variety of shapes * Reduced "smiling" on both ends of bottles * Seaming works well with Flexcraft 12-103AT **General Information** Applications: Shrink Label • Bundling • Tamper Evident Suitable for Hot Air, Steam Tunnels https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf Upon information and belief, Defendants actively encourage, aid, and instruct crushing the polyester container and the 42SH film to obtain flakes. |
| [1.3] thermally treating the flakes to produce regenerated polyester chips, wherein when the flakes are thermally treated at a temperature of 200° C. to 220° C. for 60 minutes to 120 | The 42SH film is advertised as APR certified. |

| Claim 1 elements | 42SH |
|---|---|
| minutes, the clumping fraction is 9% or less, | ![EnviroCycle / APR The Association of Plastic Recyclers logo]<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>APR certification requires 1% or less clumping.<br><br>**Test Assessment**<br><br>The expected result for clean PET flake is that 100% of the PET flake will pass through the 12 mm screen.<br><br>APR Guidance is that a result creating 1.0%, or less, weight loss combined from clumps that do not pass the 12.5 mm screen and loss adhered to the aluminum foil after the evaluation is preferred.<br><br>Weight loss from clumping greater than 1% leads to a result that is categorized as detrimental.<br><br>https://plasticsrecycling.org/images/Design-Guidance-Tests/APR-PET-S-08-flake-clump-screening.pdf<br><br>APR certification requires thermal treatment of PET flakes.<br><br>Document Code – PET-S-08         Publication or Revision Date: November 01, 2022<br><br>**Introduction – Scope, Significance and Use**<br><br>This laboratory test method can be used to evaluate whether there is low melting polymer or other components in washed and elutriated PET flake that can create clumps of PET flake under heated conditions. It is important that flakes of PET do not stick together to form hard clumps when exposed to high temperatures in driers and crystallization units.  Clumps of PET can cause bridging in feed systems that prevents material flow.<br><br>There is an appendix to this test method that presents data supporting the test conditions employed.<br><br>https://plasticsrecycling.org/images/Design-Guidance-Tests/APR-PET-S-08-flake-clump-screening.pdf<br><br>Upon information and belief, Defendants actively encourage, aid, and instruct thermally treating the flakes to produce regenerated polyester chips, wherein when the flakes are thermally treated at a temperature of 200° C. to 220° C. for 60 minutes to 120 minutes, the clumping fraction is 9% or less. |
| [1.4] the flakes comprise first flakes obtained by crushing the container and second flakes obtained by crushing | Upon information and belief, the flakes comprise first flakes obtained by crushing the container and second flakes obtained by crushing the 42SH film. |

| **Claim 1 elements** | **42SH** |
|---|---|
| the heat-shrunken polyester film, | |
| [1.5] the heat-shrunken polyester film comprises a copolymerized polyester resin comprising a diol component and a dicarboxylic acid component, and | The 42SH film is a heat-shrunken polyester film.<br><br>**Description:**<br>42SH-0180 is a *high shrink/high stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish.<br><br>**Characteristics of PET Shrink Film:**<br>* *Exclusive resin technology offering two side anti-static and two side print*<br>* Excellent printability<br>* High gloss and low haze<br>* Smooth shrinking curve with stable shrinkage<br>* Suitable for wide variety of shapes<br>* Reduced "smiling" on both ends of bottles<br>* Seaming works well with Flexcraft 12-103AT<br><br>**General Information**<br>Applications:<br>  Shrink Label • Bundling • Tamper Evident<br>  Suitable for Hot Air, Steam Tunnels<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>Polyester is formed from the polymerization of diol and dicarboxylic acid monomers.<br><br>Upon information and belief, the 42SH film comprises a copolymerized polyester resin comprising a diol component and a dicarboxylic acid component. |
| [1.5] the amount of change in Col-a (Δa) before and after the heat-shrunken polyester film is dried at 210° C. for 90 minutes is 1.50 or less, or the amount of change in Col-b (Δb) before and after the film is dried at 210° C. for 90 minutes is 1.50 or less | Upon information and belief, the amount of change in in Col-a (Δa) before and after the 42SH film is dried at 210° C. for 90 minutes is 1.50 or less, or the amount of change in Col-b (Δb) before and after the film is dried at 210° C. for 90 minutes is 1.50 or less. |

| Claim 1 elements | 42SH |
|---|---|
| | <table><thead><tr><th>Property</th><th></th><th>Units</th><th>Typical Values</th><th>Test Method</th></tr></thead><tbody><tr><td>Thickness</td><td></td><td>μm<br>gauge</td><td>45<br>180</td><td>ASTM D 1400</td></tr><tr><td>Yield</td><td></td><td>in²/lb</td><td>11,853</td><td></td></tr><tr><td>Friction COF</td><td>uK</td><td></td><td>< 0.41<br>< 0.35</td><td>ASTM D 1894</td></tr><tr><td>Tensile Strength</td><td>MD<br>TD</td><td>psi</td><td>9,000<br>40,000</td><td>ASTM D 882</td></tr><tr><td>Heat Shrinkage(95°C)</td><td>MD<br>TD</td><td>%</td><td>< 1.2<br>> 77.0</td><td>10 sec at 95°C Water</td></tr><tr><td>Haze</td><td></td><td>%</td><td>3.0</td><td>ASTM D 1003</td></tr><tr><td>Specific Gravity</td><td></td><td></td><td>1.32</td><td></td></tr></tbody></table><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |