# Exhibit 12

*Exhibit 12*

*Claim Chart for U.S. Patent No. 11,655,062*

| Claim 1 elements | 42SL |
|---|---|
| [1.0] A heat shrinkable film, which comprises a polyester resin, | The 42SL film is a heat-shrinkable polyester film.<br><br>**Description:**<br>42SL-0180 is a *high shrink/low stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish.<br><br>**Characteristics of PET Shrink Film:**<br>* *Exclusive resin technology offering two side anti-static and two side print*<br>* Excellent printability<br>* High gloss and low haze<br>* Smooth shrinking curve with stable shrinkage<br>* Suitable for wide variety of shapes<br>* Reduced "smiling" on both ends of bottles<br>* Seaming works well with Flexcraft 12-103AT<br><br>**General Information**<br>Applications:<br>Shrink Label • Bundling • Tamper Evident<br>Suitable for Hot Air, Steam Tunnels<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SL-2020.pdf |
| [1.1] wherein heat shrinkage characteristics of the heat shrinkable film in a direction perpendicular to a main shrinkage direction satisfy the following Relationships 1 and 2:<br><br>$-15 \leq \Delta T\ 70\text{-}65 \leq 0$ [Relationship 1]<br><br>$0 \leq \Delta T\ 100\text{-}95 \leq 5$ [Relationship 2]<br>wherein $\Delta T_{X\text{-}Y}$ is a value obtained by subtracting a heat shrinkage rate of the heat shrinkable film in the | On information and belief wherein heat shrinkage characteristics of the heat shrinkable film in a direction perpendicular to a main shrinkage direction satisfy the following Relationships 1 and 2:<br><br>$-15 \leq \Delta T\ 70\text{-}65 \leq 0$     [Relationship 1]<br><br>$0 \leq \Delta T\ 100\text{-}95 \leq 5$     [Relationship 2]<br><br>wherein $\Delta T_{X\text{-}Y}$ is a value obtained by subtracting a heat shrinkage rate of the heat shrinkable film in the direction perpendicular to the main shrinkage direction after the heat shrinkable film is immersed in a water bath for 10 seconds at Y° C. from a heat shrinkage rate of the heat shrinkable film in the direction perpendicular to the main shrinkage direction after the heat shrinkable film is immersed in a water bath for 10 seconds at X° C. |

| Claim 1 elements | 42SL |
|---|---|
| direction perpendicular to the main shrinkage direction after the heat shrinkable film is immersed in a water bath for 10 seconds at Y° C. from a heat shrinkage rate of the heat shrinkable film in the direction perpendicular to the main shrinkage direction after the heat shrinkable film is immersed in a water bath for 10 seconds at X° C; | <table><tr><th>Property</th><th colspan="2">Units</th><th>Typical Values</th><th>Test Method</th></tr><tr><td>Thickness</td><td colspan="2">μm<br>gauge</td><td>45<br>180</td><td>ASTM D 1400</td></tr><tr><td>Yield</td><td colspan="2">in²/lb</td><td>11,853</td><td></td></tr><tr><td>Friction COF</td><td colspan="2">uK</td><td>< 0.41<br>< 0.35</td><td>ASTM D 1894</td></tr><tr><td>Tensile Strength</td><td>MD<br>TD</td><td>psi</td><td>9,000<br>40,000</td><td>ASTM D 882</td></tr><tr><td>Heat Shrinkage(95°C)</td><td>MD<br>TD</td><td>%</td><td>< 0.5<br>> 74.0</td><td>10 sec at 95°C Water</td></tr><tr><td>Haze</td><td colspan="2">%</td><td>4.0</td><td>ASTM D 1003</td></tr><tr><td>Specific Gravity</td><td colspan="2"></td><td>1.32</td><td></td></tr></table><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SL-2020.pdf<br><br>[Graph of Shrinkage % vs Temperature showing TD and MD curves]<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SL-2020.pdf |
| [1.2] wherein the polyester resin comprises a dicarboxylic acid component and a diol component; | Polyester is typically produced when a dicarboxylic acid and a diol are reacted together.<br><br>On information and belief, the polyester resin of 42SL comprises a dicarboxylic acid component and a diol component. |
| [1.3] wherein the diol component comprises neopentyl glycol in an amount of 10 to 30 | On information and belief, the diol component of the polyester resin of 42SL comprises neopentyl glycol in an amount of 10 to 30 mol % based on a total number of moles of the diol component. |

| **Claim 1 elements** | **42SL** |
|---|---|
| mol % based on a total number of moles of the diol component; and | |
| [1.4] wherein a heat of crystallization (ΔHc) measured by differential scanning calorimetry (DSC) of the heat shrinkable film is 0 to 30 J/g. | On information and belief, the heat crystallization (ΔHc) measured by differential scanning calorimetry (DSC) of 42SL is 0 to 30 J.G. |