# Exhibit 13

*Exhibit 13*

*Claim Chart for U.S. Patent No. 10,800,897*

| Claim 1 elements | 42SH |
|---|---|
| [1.0] A heat-shrinkable film, which comprises a copolymerized polyester resin comprising a diol component and a dicarboxylic acid component | The 42SH film is a heat-shrunken polyester film.<br><br>**Description:**<br>42SH-0180 is a *high shrink/high stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish.<br><br>**Characteristics of PET Shrink Film:**<br>∗ *Exclusive resin technology offering two side anti-static and two side print*<br>∗ Excellent printability<br>∗ High gloss and low haze<br>∗ Smooth shrinking curve with stable shrinkage<br>∗ Suitable for wide variety of shapes<br>∗ Reduced "smiling" on both ends of bottles<br>∗ Seaming works well with Flexcraft 12-103AT<br><br>**General Information**<br><br>Applications:<br>Shrink Label • Bundling • Tamper Evident<br>Suitable for Hot Air, Steam Tunnels<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |

| Property | | Units | Typical Values | Test Method |
|---|---|---|---|---|
| Thickness | | $\mu m$<br>gauge | 45<br>180 | ASTM D 1400 |
| Yield | | in²/lb | 11,853 | |
| Friction COF | uK | | < 0.41<br>< 0.35 | ASTM D 1894 |
| Tensile Strength | MD<br>TD | psi | 9,000<br>40,000 | ASTM D 882 |
| Heat Shrinkage(95°C) | MD<br>TD | % | < 1.2<br>> 77.0 | 10 sec at 95°C<br>Water |
| Haze | | % | 3.0 | ASTM D 1003 |
| Specific Gravity | | | 1.32 | |

https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf

| Claim 1 elements | 42SH |
|---|---|
|  | Polyester is formed from the polymerization of diol and dicarboxylic acid monomers.<br><br>Upon information and belief, the 42SH film comprises a copolymerized polyester resin comprising a diol component and a dicarboxylic acid component. |
| [1.1] and has a heat shrinkage rate of 30% or more in the main shrinkage direction upon thermal treatment at a temperature of 80° C. for 10 seconds | The 42SH film has a heat shrinkage rate of 30% or more in the main shrinkage direction upon thermal treatment at a temperature of 80° C. for 10 seconds. |

| Property | | Units | Typical Values | Test Method |
|---|---|---|---|---|
| Thickness | | *μm gauge* | 45 180 | ASTM D 1400 |
| Yield | | in²/lb | 11,853 | |
| Friction COF | uK | | < 0.41 < 0.35 | ASTM D 1894 |
| Tensile Strength | MD TD | psi | 9,000 40,000 | ASTM D 882 |
| Heat Shrinkage(95°C) | MD TD | % | < 1.2 > 77.0 | 10 sec at 95°C Water |
| Haze | | % | 3.0 | ASTM D 1003 |
| Specific Gravity | | | 1.32 | |

https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf



https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf

| Claim 1 elements | 42SH |
|---|---|
| [1.2] and a melting point of 190° C. or higher as measured by differential scanning calorimetry. | Upon information and belief, the 42SH film has a melting point of 190° C. or higher as measured by differential scanning calorimetry. |