# Exhibit 14

*Exhibit 14*

*Claim Chart for U.S. Patent No. 10,800,898*

| Claim 1 elements | 42SH |
|---|---|
| [1.0] A process for regenerating a polyester container, which comprises preparing the polyester container provided with a heat shrinkable film comprising a copolymerized polyester resin comprising a diol component and a dicarboxylic acid component; | The 42SH film is a "recycle friendly" heat-shrunken polyester film.<br><br>**MULTI-PLASTICS INC.**  **EnviroCycle** — **APR** The Association of Plastic Recyclers<br><br>**TYPICAL PROPERTIES OF 42SH POLYESTER SHRINK SLEEVE FILMS**<br><br>42SH Shrink Polyester has been validated by an independent laboratory to be compositionally identical to PET bottle resin, and inherently "Recycle Friendly"<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>**Description:**<br>42SH-0180 is a *high shrink/high stress* polyester film that offers optical properties for printing labels as well as conforming for a seamless finish.<br><br>**Characteristics of PET Shrink Film:**<br>∗ *Exclusive resin technology offering two side anti-static and two side print*<br>∗ Excellent printability<br>∗ High gloss and low haze<br>∗ Smooth shrinking curve with stable shrinkage<br>∗ Suitable for wide variety of shapes<br>∗ Reduced "smiling" on both ends of bottles<br>∗ Seaming works well with Flexcraft 12-103AT<br><br>**General Information**<br>Applications:<br>   Shrink Label • Bundling • Tamper Evident<br>   Suitable for Hot Air, Steam Tunnels<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf |

| Claim 1 elements | 42SH |
|---|---|
|  | | Property | Units | Typical Values | Test Method |
|---|---|---|---|
| Thickness | µm gauge | 45 180 | ASTM D 1400 |
| Yield | in²/lb | 11,853 |  |
| Friction COF | uK | < 0.41 < 0.35 | ASTM D 1894 |
| Tensile Strength MD / TD | psi | 9,000 40,000 | ASTM D 882 |
| Heat Shrinkage(95°C) MD / TD | % | < 1.2 > 77.0 | 10 sec at 95°C Water |
| Haze | % | 3.0 | ASTM D 1003 |
| Specific Gravity |  | 1.32 |  |

https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf

Upon information and belief, Defendants actively encourage, aid, and instruct a process for regenerating a polyester container, which comprises preparing the polyester container provided with the 42SH film comprising a copolymerized polyester resin comprising a diol component and a dicarboxylic acid component. |
| [1.1] crushing the container provided with the heat shrinkable film to obtain flakes; | The 42SH film is a "recycle friendly" heat-shrunken polyester film.

MULTI-PLASTICS® INC.    EnviroCycle    (APR) The Association of Plastic Recyclers

TYPICAL PROPERTIES OF 42SH POLYESTER SHRINK SLEEVE FILMS

42SH Shrink Polyester has been validated by an independent laboratory to be compositionally identical to PET bottle resin, and inherently "Recycle Friendly"

https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf

Crushing into flakes is the standard recycling technique. The 42SH film is a "recycle friendly" film.

Upon information and belief, Defendants actively encourage, aid, and instruct crushing the container provided with the heat shrinkable film to obtain flakes. |
| [1.2] thermally treating the flakes to produce regenerated polyester chips, | The 42SH film is a "recycle friendly" heat-shrunken polyester film. |

| Claim 1 elements | 42SH |
|---|---|
|  | **TYPICAL PROPERTIES OF 42SH POLYESTER SHRINK SLEEVE FILMS** (Multi-Plastics Inc. / EnviroCycle / APR – The Association of Plastic Recyclers)<br><br>42SH Shrink Polyester has been validated by an independent laboratory to be compositionally identical to PET bottle resin, and inherently "Recycle Friendly"<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>Thermal treatment of the flakes is the standard recycling technique. The 42SH film is a "recycle friendly" film.<br><br>Upon information and belief, Defendants actively encourage, aid, and instruct thermally treating the flakes to produce regenerated polyester chips. |
| [1.3] wherein when the flakes are thermally treated at a temperature of 200° C. to 220° C. for 60 minutes to 120 minutes, the clumping fraction is 5% or less; and | The 42SH film is advertised as APR certified.<br><br>EnviroCycle / APR – The Association of Plastic Recyclers<br><br>https://multi-plastics.com/wp-content/uploads/2020/08/Spec-Sheet-42SH-2020.pdf<br><br>APR certification requires 1% or less clumping.<br><br>**Test Assessment**<br><br>The expected result for clean PET flake is that 100% of the PET flake will pass through the 12 mm screen.<br><br>APR Guidance is that a result creating 1.0%, or less, weight loss combined from clumps that do not pass the 12.5 mm screen and loss adhered to the aluminum foil after the evaluation is preferred.<br><br>Weight loss from clumping greater than 1% leads to a result that is categorized as detrimental.<br><br>https://plasticsrecycling.org/images/Design-Guidance-Tests/APR-PET-S-08-flake-clump-screening.pdf<br><br>Upon information and belief, Defendants actively encourage, aid, and instruct thermal treatment of the flakes at a temperature of 200° C. to 220° C. for 60 minutes to 120 minutes, the clumping fraction is 5% or less. |

| Claim 1 elements | 42SH |
|---|---|
|  |  |
| [1.4] the flakes comprise first flakes obtained by crushing the container and second flakes obtained by crushing the heat shrinkable film. | Upon information and belief, Defendants actively encourage, aid, and instruct the flakes comprising first flakes obtained by crushing the container and second flakes obtained by crushing the 42SH. |