Kenneth Parker (Cal Bar No. 182911)
Jason Lao (Cal Bar No. 288161)
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

*Attorneys for SK Microworks America, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SK Microworks America, Inc.<br><br>      Plaintiff,<br><br>  vs.<br><br>Far Eastern New Century Corporation and Multi-Plastics, Inc.<br><br>      Defendants. | Case No.: 2:23-cv-10322<br><br>**PLAINTIFF SK MICROWORKS AMERICA, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFF SK MICROWORKS AMERICA, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff SK Microworks America, Inc., by and through its undersigned counsel, hereby provides the following additional information:

1. SK Microworks America, Inc. is a wholly owned subsidiary of nongovernmental corporate party SK Microworks Co., Ltd.; and
2. SK Microworks Co., Ltd. is a wholly owned subsidiary of nongovernmental corporate party Hahn and Co.

## NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff SK Microworks America, Inc., hereby certifies that the following persons may have a pecuniary interest in the outcome of this case as of the time of this Notice. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- SK Microworks Co., Ltd. (previously known as SK Future Materials Co., LTD.);
- Hahn and Co.;
- Eastman Chemical Company; and
- Wells Fargo Bank.

DATED: December 8, 2023            HAYNES AND BOONE, LLP

By: /s/*Kenneth Parker*
    Kenneth Parker
    *Attorneys for*
    *SK Microworks America, Inc.*