1  Kenneth Parker (Cal Bar No. 182911)
2  Jason Lao (Cal Bar No. 288161)
   HAYNES AND BOONE, LLP
   600 Anton Boulevard, Suite 700
3  Costa Mesa, California 92626
   Telephone: (949) 202-3000
4  Facsimile: (949) 202-3001

5  *Attorneys for SK Microworks America, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SK Microworks America, Inc. | Case No.: 2:23-cv-10322-JAK-ADS |
| Plaintiff, | **PLAINTIFF SK MICROWORKS AMERICA, INC.'S FIRST AMENDED NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| Far Eastern New Century Corporation and Multi-Plastics, Inc. | |
| Defendants. | |

**PLAINTIFF SK MICROWORKS AMERICA, INC.'S FIRST AMENDED NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff SK Microworks America, Inc., by and through its undersigned counsel, hereby provides the following additional information:

1. SK Microworks America, Inc. is a wholly owned subsidiary of nongovernmental corporate party SK Microworks Co., Ltd.; and
2. SK Microworks Co., Ltd. is a wholly owned subsidiary of nongovernmental corporate party Hahn and Co. Materials Holdings Co., Ltd.

## NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff SK Microworks America, Inc., hereby certifies that the following persons may have a pecuniary interest in the outcome of this case as of the time of this Notice. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- SK Microworks Co., Ltd. (previously known as SK Future Materials Co., LTD.);
- Hahn and Co. Materials Holdings Co., Ltd;
- Eastman Chemical Company; and
- Wells Fargo Bank.

DATED: December 12, 2023        HAYNES AND BOONE, LLP

By: /s/Kenneth Parker
Kenneth Parker
*Attorneys for*
*SK Microworks America, Inc.*

**PLAINTIFF SK MICROWORKS AMERICA, INC.'S FIRST AMENDED NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**