# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SK MICROWORKS AMERICA INC.<br><br>Plaintiff(s),<br><br>v.<br><br>FAR EASTERN NEW CENTURY CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–10322–JAK–ADS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __2/28/2024__

Document No.: __16__

Title of Document:  __Request for Order for the Clerk to Perfect Service__

**ERROR(S) WITH DOCUMENT:**

Local Rule 4–5: No declaration provided.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 29, 2024         By:  /s/ *Kristee Hopkins  kristee_hopkins@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**