# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SK MICROWORKS AMERICA INC.<br><br>Plaintiff(s),<br><br>v.<br><br>FAR EASTERN NEW CENTURY CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−10322−JAK−ADS<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __2/28/24__ | __16__ | __Request for Order for the Clerk to Perfect Service.__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    Pursuant to Local Rule 4−5, Plaintiff shall file a declaration and submit the documents to be served on or before March 21, 2024.

DATED: March 14, 2024           _/s/ Autumn D. Spaeth_
                                               United States Magistrate Judge