| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>JEAN-PAUL CIARDULLO, CA Bar No. 284170<br>jciardullo@foley.com<br>Foley & Lardner LLP<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>Telephone: 213.972.4500<br>Facsimile:   213.486.0065 | |
| ATTORNEY(S) FOR: Multi-Plastics, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SK Microworks America, Inc.<br><br>Plaintiff(s),<br>v.<br>Far Eastern New Century Corporation and Multi-Plastics, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2:23-CV-10322 JAK-ADS<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Multi-Plastics, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Multi-Plastics, Inc. | Party / Defendant |
| Far Eastern New Century Corporation | Party / Defendant |
| SK Microworks America, Inc. | Party / Plaintiff |
| The entities identified in any other parties' Local Rule 7.1-1 Statement. | |

| | |
|---|---|
| April 24, 2024 | /s/Jean-Paul Ciardullo |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Far Eastern New Century Corporation and Multi-Plastics, Inc.